■ DANIEL WILLIAMS, Respondent, v STATE OF NEW YORK, Appellant. (Appeal No. 2.) (Claim No. 114956.) [999 NYS2d 916]— Appeal from a decision of the Court of Claims (Stephen J. Lynch, J.), entered October 28, 2013. The decision awarded claimant money damages.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Kuhn v Kuhn*, 129 AD2d 967, 967 [1987]). Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.